CHARLES W. RUSSELL, Appellant, *v.* BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 2, TOWN OF GEDDES, ONONDAGA COUNTY, Respondent.

Submitted January 3, 1949; decided January 13, 1949.

*Wilfreda B. Stone* and *William Mangin* for motion.

*Helen McCarthy Rivette* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.